THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eric Sharmel
 Scriven, Appellant.
 
 
 

Appeal From Colleton County
  G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-490
 Submitted August 1, 2008  Filed August
15, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.,
 Elliott, all of Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort,
 for Respondent.
 
 
 

PER CURIAM:  Scriven appeals his conviction of
 possession of crack cocaine.  He argues the trial court erred in denying his
 motion to suppress the crack cocaine because it was obtained as the fruit of an
 illegal search.  After a
 thorough review of the record and briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
KONDUROS,
J., CURETON, and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.